wIN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PEDRO BENEVIDES,

        Appellant,

 v.                                      Case No. 5D15-4217

YOLANDA REESE,

        Appellee.

_____/

Opinion filed June 3, 2016

Non-Final Appeal from the Circuit
Court for Brevard County,
George Paulk, Judge.

Pedro Benevides, Coleman, pro se.

No Appearance for Appellee.

PER CURIAM.

      Pedro Benevides, who is currently in federal custody, purports to appeal matters related to the care and custody of his child. Yet he has not provided this Court with the record on appeal, a copy of the final judgment that he appeals, or any transcript of the trial for our review. The absence of these documents precludes a meaningful review. See Fla. R. App. P. 9.110(d) (requiring a copy of the order under review be attached to the notice of appeal); Fla. R. App. P. 9.200(e) (establishing duty of appellant to ensure record is prepared and transmitted); Smith v. Orhama, Inc., 907 So. 2d 594, 596 (Fla. 3d DCA 2005) (affirming based on appellants' failure to submit a transcript for meaningful review).

AFFIRMED.

COHEN, WALLIS and LAMBERT, JJ., concur.